```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**HARLEY-DAVIDSON CREDIT CORP.**                                    **PLAINTIFF**

        **v.**            **Civil No. 10-5081**

**FJ AVIATION ENTERPRISES, LLC, and**
**ANDREW JUDKINS**                                                  **DEFENDANTS**

### O R D E R

Now on this 18th day of November, 2010, comes on for consideration plaintiff's **Motion For Nonsuit** (document #21), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter id **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                          **/s/ Jimm Larry Hendren**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**